UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/15/2022

In Re: New York City Policing During Summer 2020 Demonstrations

20 Civ. 8924 (CM)(GWG)

Gray et al. v. City of New York et al.

21 Civ. 6610 (CM)(GWG)

## STIPULATION AND ~~PROPOSED~~ ORDER

**WHEREAS**, the Police Benevolent Association of the City of New York, Inc. ("PBA"), Intervenor-Defendant in certain of the actions consolidated under *In Re: New York City Policing During Summer 2020 Demonstrations*, 20-CV-8924 (the "Consolidated Actions"), moved on July 29, 2022 to intervene in two other of the Consolidated Actions, specifically, *Rolon v. City of New York*, No. 21-CV-2548 and *Gray et al. v. City of New York et al.*, 21-CV-6610; and

**WHEREAS**, no opposition has been submitted to the PBA's motion to intervene and, through their undersigned counsel, plaintiffs in *Gray* consent to entry of an order allowing intervention;

**IT IS THEREFORE STIPULATED AND AGREED THAT:**

1. The PBA's application to intervene in *Gray et al. v. City of New York et al.*, 21-CV-6610, is granted; and

2. The PBA shall respond to the current complaint in *Gray* within fourteen (14) days of entry of any Order by the Court giving effect to this stipulation or otherwise allowing the PBA to intervene.

Dated: New York, New York
      August 12, 2022

**STIPULATED AND AGREED:**

**DAVIS WRIGHT TREMAINE LLP**

By: _____
Robert D. Balin
Abigail B. Everdell
Kathleen Farley
Nimra Azmi
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
Phone: (212) 489-8230
Fax: (212) 489-8340
robbalin@dwt.com

-and-

Alison Brooke Schary
1919 Pennsylvania Avenue NW, Suite 800
Washington, DC 20006
Phone: (212) 973-4200
Fax: (212) 973-4499
alisonschary@dwt.com

-and-

Mickey H. Osterreicher, Esq.
National Press Photographers Association
40 Wagon Wheel Drive
East Amherst, NY 14051
Phone: (716) 983-7800
Fax: (716) 608 1509
Mickeyo@lawyer.com

-and-

**ALICIA WAGNER CALZADA PLLC**

Alicia Calzada
12023 Radium, Suite B1
San Antonio, TX 78216
Phone: (210) 825-1449
alicia@calzadalegal.com

-and-

2

**WYLIE STECKLOW PLLC**
Wylie Stecklow
Carnegie Hall Tower
152 W. 57th Street, 8th floor
New York, NY 10019
Phone: (212) 566 8000
Fax: (212) 202-4952
ecf@wylielaw.com

*Counsel for Plaintiffs*

**SCHLAM STONE & DOLAN LLP**

By: /s/
Richard H. Dolan
Thomas A. Kissane
26 Broadway, 19th Floor
New York, NY 10004
Tel: (212) 344-5400
Fax: (212) 344-7677
Email: rdolan@schlamstone.com
Email: tkissane@schlamstone.com

-and-

**LAW OFFICE OF ROBERT S. SMITH**

Robert S. Smith
7 Times Square, 28th Floor
New York, NY 10036
Tel: (917) 225-4190
Email: robert.smith@rssmithlaw.com

*Counsel for the Police Benevolent Association
of the City of New York Inc.*

**SO ORDERED:**

Dated: _____
    New York, New York

_____
Hon. Colleen McMahon, USDJ

3