AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| Adam Gray, et al., | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  21-cv-06610-CM |
| | ) | |
| City of New York, et al., | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Lieutenant Daniel Gallagher
1 Police Plaza
New York, NY 10038

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Davis Wright Tremaine LLP
Robert Balin
1251 Avenue of the Americas
New York, NY 10020

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: December 6, 2022

/S/  S.  James

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  21-cv-06610-CM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*


_____
*Server's address*

Additional information regarding attempted service, etc:

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

Job #: 1467084

Attorney: Davis Wright Tremaine LLP- NY
Address  125 1 Avenue of the Americas, 21st Floor New York, NY 10020

In Re  New York City Policing During Summer 2020 Demonstrations

This filing is related to  ADAM GRAY JASON DONNELLY, DIANA ZEYNEB ALHINDAWI JEMELL D COLE, and AMR ALFIKY

Case Number: 1 21-cv-06610-CM

Plaintiff

VS

CITY OF NEW YORK, et al .

Defendant

Amended D/F: 11/22/2022

STATE OF NEW YORK, COUNTY OF NASSAU, SS:

## AFFIDAVIT OF SERVICE

Latchme D. Drepaul, being sworn says:

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York

On 12/13/2022, at 11:31 AM at: 1 POLICE PLAZA, ROOM 110A , NEW YORK, NY 10038 Deponent served the within Summons in a Civil Action and Second Amended Complaint with Exhibit and Stipulation Regarding Filing of Second Amended Complaint

On LIEUTENANT DANIEL GALLAGHER, therein named.

Said documents were conformed with index number endorsed thereon

☒ #1 SUITABLE AGE PERSON
By delivering thereat a true copy of each to Giorgia Bono  (Community Assistant) a person of suitable age and discretion who stated that he/she is authorized to accept service  Said premises is recipient's  [X] actual place of business / employment [] dwelling house (usual place of abode) within the state

☒ #2 DESCRIPTION
Sex  Female          Color of skin  White          Color of hair: Black      Glasses  Yes
Age  51-65          Height  5ft 4inch - 5ft 8inch          Weight  131-160 Lbs

☒ #3 MILITARY SERVICE
I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatsoever and received a negative reply  The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ #4 WITNESS FEES
Subpoena Fee Tendered in the amount of $

☒ #5 OTHER
I attempted service on 12/12/22 @ 11 54 a m  As per Giorgia Bono, I was advised that she is not authorized to accept service for the Subject  She needs a tax identification number or a shield number  On 12/13/22  Giorgia Bono as community assistant stated she is authorized to accept service on behalf of the Subject

☒ #6 MAILING
Latchme D. Drepaul being duly sworn, deponent completed service by depositing a copy of the said documents in a postpaid properly addressed envelope, bearing the words "Personal and Confidential" by First Class mail on  12/14/2022 to LIEUTENANT DANIEL GALLAGHER at 1 POLICE PLAZA, ROOM 110A , NEW YORK, NY 10038 in an official depository of the United States Postal Service in the State of New York  The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

Sworn to before me on 12/14/2022

BALDEO C  DREPAUL
Notary Public  State of New York
Registration No  01DR6349410
Qualified in Queens County
Certificate filed in New York County
Commission Expires 10/17/2024



Latchme D. Drepaul
DCA License # 2066896