**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

Job #: 1466803

Attorney: Davis Wright Tremaine LLP- NY
Address: 1251 Avenue of the Americas, 21st Floor New York, NY 10020

ADAM GRAY, JASON DONNELLY, DIANA ZEYNEB ALHINDAWI, JEMELL D. COLE, and AMR ALFIKY

Civil Action #: 1:21-cv-06610-CM

*Plaintiffs*

vs

CITY OF NEW YORK, et al.,

*Defendant*

Amended D/F: 11/22/2022

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

Baldeo C. Drepaul, being sworn says:
Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On **12/6/2022**, at **10:04 AM** at: **306 WEST 54TH STREET, NEW YORK, NY 10019** Deponent served the within **Summons in a Civil Action and Second Amended Complaint with Jury Trial Demanded with Attachment and Stipulation Regarding Filing of Second Amended Complaint**

On: **SERGEANT CHRISTOPHER B. HEWITSON C/O 18TH PRECINCT**, therein named.
Said documents were conformed with index number endorsed thereon.

☒ **#1 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to Ms. Hull (Refused Full Name) (Police Officer) a person of suitable age and discretion who stated that he/she is authorized to accept service. Said premises is recipient's :[X] actual place of business / employment [] dwelling house (usual place of abode) within the state.

☒ **#2 DESCRIPTION**
Sex: Female      Color of skin: Black        Color of hair: Black    Glasses: No
Age: 36-50       Height: 5ft 4inch - 5ft 8inch    Weight: 161-200 Lbs.

☒ **#3 MILITARY SERVICE**
I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatsoever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ **#4 WITNESS FEES**
Subpoena Fee Tendered in the amount of $

☒ **#5 OTHER**
Ms. Hull, as Police Officer # 308265, stated that she is authorized to accept service on behalf of the Subject.

☒ **#6 MAILING**
Baldeo C. Drepaul being duly sworn, deponent completed service by depositing a copy of the said documents in a postpaid properly addressed envelope, bearing the words "Personal and Confidential" by First Class mail on: **12/06/2022** to **SERGEANT CHRISTOPHER B. HEWITSON C/O 18TH PRECINCT at 306 WEST 54TH STREET, NEW YORK, NY 10019** in an official depository of the United States Postal Service in the State of New York. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

Sworn to before me on 12/06/2022

LATCHME DEVI DREPAUL
Notary Public, State of New York
Registration No. 01DR6332029
Qualified in Queens County
Certificate filed in New York County
Commission Expires 10/28/2023

Baldeo C. Drepaul
DCA License # 2093579

*Court Support, Inc., 265 Post Ave #150, Westbury, NY 11590 License #1382542*