# EXHIBIT A

```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF NEW YORK

In re:                                :
                                          Docket #20cv8924
 IN RE NEW YORK CITY POLICING         :
 DURING SUMMER 2020 DEMONSTRATIONS
                                      : New York, New York
                                        June 30, 2022
------------------------------------: TELEPHONE CONFERENCE

                         PROCEEDINGS BEFORE
               THE HONORABLE GABRIEL W. GORENSTEIN,
                   UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

For Plaintiff People      NEW YORK STATE OFFICE OF
of the State of New       THE ATTORNEY GENERAL
York:                     BY:  LILLIAN MARQUEZ, ESQ.
                          28 Liberty Street
                          New York, New York 10005

For Gray Plaintiffs:      WYLIE STECKLOW PLLC
                          BY:  WYLIE M. STECKLOW
                          111 John Street, Suite 1050
                          New York City, New York 10038

For Payne Plaintiffs:     NEW YORK CIVIL LIBERTIES UNION
                          BY:  ROBERT HODGSON, ESQ.
                          125 Broad Street, 19th Floor
                          New York, New York 10004

For Sierra Plaintiffs:    RICKNER PLLC
                          BY:  ROB RICKNER, ESQ.
                          14 Wall Street, Suite 1603
                          New York, New York 10005




Transcription Service: Carole Ludwig, Transcription Services
                       155 East Fourth Street #3C
                       New York, New York 10009
                       Phone:  (212) 420-0771
                       Email:  Transcription420@aol.com

Proceedings recorded by electronic sound recording;
Transcript produced by transcription service.
```

APPEARANCES (CONTINUED):

| | |
|---|---|
| For Sow and Hernandez Plaintiffs: | COHEN & GREEN<br>BY: REMY GREEN, ESQ.<br>1639 Centre Street, Suite 216<br>Ridgewood, New York 11385 |
| For Wood Plaintiffs: | KAUFMAN LIEB LEBOWITZ & FRICK LLP<br>BY: ALISON ELLIS FRICK, ESQ.<br>18 East 48th Street, Suite 802<br>New York, New York 10017 |
| For Roland Plaintiffs: | THE ABOUSHI LAW FIRM<br>BY: TAHANIE ABOUSHI, ESQ.<br>1441 Broadway, 5th Floor<br>New York, New York 10018 |
| For Defendants: | NEW YORK CITY LAW DEPARTMENT<br>BY: AMY ROBINSON, ESQ.<br>    NADINE IBRAHIM, ESQ.<br>    JENNY SUE-YA WENG, ESQ.<br>    GENEVIEVE NELSON, ESQ.<br>    ANTHONY DISENSO, ESQ.<br>    RACHEL KAUFMAN, ESQ.<br>100 Church Street<br>New York, New York 10007 |
| For Intervenor Detectives Endowment Association: | PITTA LLP<br>BY: STEPHEN MCQUADE, ESQ.<br>120 Broadway, 28th Floor<br>New York, New York 10271 |

```
 1                        PROCEEDINGS                    52
 2            MS. ROBINSON:  It's Amy Robinson, Your Honor.
 3   I just wanted to point out that a large number of these
 4   depositions are high ranking and 30(b)(6) people who, you
 5   know, frequently get called away for emergencies, get
 6   called away for mandatory meetings.  It's just very
 7   difficult to say that the Chief of Department is going to
 8   be available on such and such a day and then, in March or
 9   January or December and we can in fact accommodate that.
10            THE COURT:  Well, that's why you should
11   schedule it, that's why you should schedule such people
12   for whatever date you need to to accommodate it.  If that
13   means November, December, then that's when you should be
14   scheduling it for.
15            MS. ROBINSON:  And another issue is that
16   they're continuing to notice depositions.  When I say a
17   hundred, it's a hundred plus, and deposition notices
18   continue to come.
19            THE COURT:  Well, I mean I'm not saying that
20   there should be unlimited number of depositions.  I
21   invited the City more than a year ago to come to me and
22   say to the extent that there are, you know, issues about
23   numbers, to the extent you want, to have some limitations
24   on that because plaintiffs are not being reasonable, you
25   should come to me.
```

```
 1                                                              66
 2                       C E R T I F I C A T E
 3
 4           I, Carole Ludwig, certify that the foregoing
 5   transcript of proceedings in the United States District
 6   Court, Southern District of New York, In Re: New York City
 7   Policing During Summer 2020 Demonstrations, docket
 8   #20cv8924, was prepared using PC-based transcription
 9   software and is a true and accurate record of the
10   proceedings.
11
12
13
14
15   Signature  Carole Ludwig
16             CAROLE LUDWIG
17   Date:  July 6, 2022
```