UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

In Re: New York City Policing
During Summer 2020 Demonstrations                    20 Civ. 8924 (CM)(GWG)

This document relates to:
  *All Cases*
---------------------------------------------------------------X

## ORDER

McMahon, J.:

    I have been advised by Judge Gorenstein that, while settlement talks continue, we are in full bore litigation mode. Judge Gorenstein also advises me that nearly all of the plaintiffs have been deposed, which means it is time for me to reset the schedule for moving for class certification.

    Any motions for class certification must be filed by March 31, 2023.

    Opposition to motions for class certification must be filed by May 10, 2023. I am allowing extra time to accommodate the religious holidays that occur in April.

    Reply briefs, if any, are due on May 31, 2023.

    I am not prepared to alter this schedule. It is much postponed from the original schedule I set. A decision on class certification will streamline the case in one way or another, and I intend to make that decision next summer.

    I also will not authorize extension of the existing discovery deadlines, which, as I understand it, are July 14 for fact discovery and November 3 for expert discovery. Judge Gorenstein is keeping me posted on the endless discovery disputes that have occurred thus far; rest assured that I am prepared to enter orders precluding parties from proving up key points if I conclude that they have been intransigent in producing relevant and material discovery.

    I am not yet ready to set a briefing schedule for summary judgment motions – I will do that when the class certification issue has been decided – but anyone who wants to move for summary judgment can expect to be on an expedited briefing schedule.

Dated: February 10, 2023

                                                                        *[signature]*
                                                                        U.S.D.J.

BY ECF TO ALL COUNSEL