# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

------------------------------------------------------------ x
In Re: New York City Policing During Summer 2020 Demonstrations
------------------------------------------------------------

20 Civ. 8924 (CM)(GWG)

This filing is related to:

ADAM GRAY, JASON DONNELLY, DIANA ZEYNEB ALHINDAWI, JEMELL D. COLE, and AMR ALFIKY,

21 Civ. 6610 (CM)(GWG)

Plaintiffs,

- against -

**DEPOSITION NOTICE**

CITY OF NEW YORK, OFFICER NICHOLAS TERRETT, OFFICER LUIGI TIRRO, OFFICER ADAM MUNIZ, OFFICER LEONEL GIRON, DETECTIVE ROBERT ALTIERI, LIEUTENANT KEITH GALLAGHER, CAPTAIN GZIM PALAJ, OFFICER BRIANNA CARLO, SERGEANT WILLIAM E. BALUNAS, OFFICER STEPHANIE ALBA, OFFICER SEAN P. ROBINSON, SERGEANT DANIEL SLEVIN, LIEUTENANT KEITH HOCKADAY, and JOHN DOE 1,

Defendants.
------------------------------------------------------------ x

**PLEASE TAKE NOTICE** that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiffs in the above-captioned case No. 21 Civ. 6610 will take the depositions upon oral examination of the following individuals, commencing at the indicated date and time and continuing from day to day thereafter, or upon such adjourned date as may be agreed upon, until concluded. The depositions shall take place before a notary public or other officer authorized by law to administer oaths at the offices of Davis Wright Tremaine LLC, located at 1251 Avenue of the Americas, 21st Floor, New York, New York 10020, or at another location to be determined by Plaintiffs, or by remote means (via videoconference) pursuant to Rule 30(b)(4) of the Federal

Rules of Civil Procedure. Pursuant to Rule 30(b)(3)(A) of the Federal Rules of Civil Procedure, the depositions will be recorded by a court reporter and by audiovisual means.

| Deponent | Date and Time |
|---|---|
| Officer Leonel Girron | July 17, 2022 at 10:00 am |
| Sgt. Christopher Hewitson | July 20, 2022 at 10:00 am |
| Sgt. Jason Saturnin | July 22, 2022 at 10:00 am |
| Sgt. Wong Shuzhen | July 23, 2022 at 10:00 am |
| Sgt. Stuart Wohl | July 24, 2022 at 10:00 am |

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Rule 34 of the Federal Rules of Civil Procedure, Defendants are required to produce, by electronic delivery, in advance of any given deposition, any and all materials in any form they may have related in any way to the subject matter of that deposition.

Plaintiffs in the above-captioned consolidated cases No. 20 Civ. 8924 (CM)(GWG) will be invited to attend and examine the witnesses.

You are invited to attend and cross-examine.

Dated:  New York, New York
        June 8, 2022

DAVIS WRIGHT TREMAINE LLP

/s/ Robert D. Balin
   Robert D. Balin
   Abigail B. Everdell
   Kathleen Farley
   Nimra Azmi
   Alexandra Settelmayer
1251 Avenue of the Americas, 21st Floor
New York, NY  10020
Phone: (212) 489-8230
Fax: (212) 489-8340
robertbalin@dwt.com

4895-4910-0324v.1 0201731-000001

Mickey H. Osterreicher
General Counsel
National Press Photographers Association
70 Niagara Street
Buffalo, NY 14202
Phone: (716) 983-7800
lawyer@nppa.org

Alicia Calzada (*pro hac vice*)
ALICIA WAGNER CALZADA, PLLC
Deputy General Counsel
National Press Photographers Association
12023 Radium , Suite B1
San Antonio, TX 78216
Phone: 210-825-1449
Alicia@calzadalegal.com

Wylie Stecklow
WYLIE STECKLOW PLLC
Carnegie Hall Tower
152 W. 57th Street, 8th Floor
New York, NY 10019
Phone: (212) 566 8000
ecf@WylieLAW.com

*Attorneys for Plaintiffs Adam Gray, Jason Donnelly, Diana Zeyneb Alhindawi, Jemell D. Cole, and Amr Alfiky*