

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NEW YORK 10007

**OMAR J. SIDDIQI**
*Senior Counsel*
osiddiqi@law.nyc.gov
Phone: (212) 356-2345
Fax: (212) 356-1148

**By ECF**

October 5, 2023

Honorable Colleen McMahon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    In Re:  *New York City Policing During Summer 2020 Demonstrations*,
           No. 20 Civ. 8924 (CM) (GWG)
           This filing is related to all cases

Your Honor:

    I am a Senior Counsel in the Special Federal Litigation Division of the Office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York. I write with the consent of the plaintiffs in the *Payne, People, Gray,* and *Rolon* matters, as well as the Police Benevolent Association ("PBA"), Sergeants Benevolent Association ("SBA") and Detectives Endowment Association ("DEA") Union Intervenors. I write to respectfully request that the Court adjourn the conference currently scheduled for November 21, 2023. *See* Dkt. No. 1115. Due to scheduling conflicts, defendants respectfully request that the Court adjourn the conference to any time on November 20, 2023. All parties consent to this request.

    Defendants thank the Court for its attention to this matter.

                          Respectfully submitted,

                          /s/ *Omar J. Siddiqi*
                          Omar J. Siddiqi
                          *Senior Counsel*
                          Special Federal Litigation Division

cc:    ALL COUNSEL (*via* ECF)