**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: New York City Policing During Summer 2020 Demonstrations<br><br>———————————————————<br><br>This filing is related to:<br><br>ADAM GRAY, et al. v. CITY OF NEW YORK, et al., Case No. 1:21-cv-06610-CM. | **NOTICE OF APPEAL** |

      PLEASE TAKE NOTICE that, per direction of the Clerk, the POLICE BENEVOLENT ASSOCIATION OF THE CITY OF NEW YORK, INC. ("PBA") hereby files on this docket the Amended Notice of Appeal that was filed on the docket in lead case No. 1:20-cv-08924 (ECF 1177), on May 17, 2024. That notice is attached as Exhibit A, and the original notice is attached as Exhibit B. The PBA intends to include within its appeal to the Second Circuit all orders of this Court entering the stipulations of dismissal in these consolidated actions, including the Order specified in the PBA's Amended Notice of Appeal and entered on this docket at ECF 154, as well as that entered at ECF 161.

Dated: May 21, 2024
       New York, NY

Frederick W. Vasselman
Office of the General Counsel
Police Benevolent Association of the
City of New York, Inc.
125 Broad Street, 11th Floor
New York, NY 10004
Tel: (212) 298-9144
fvasselman@nycpba.org

Gaurav I. Shah
Senior Associate General Counsel
Gshah@nycpba.org

*Of Counsel*

**DECHERT LLP**

*/s/ Steven A. Engel*
Steven A. Engel
Three Bryant Park
1095 Sixth Avenue
New York, NY 10036
Tel: (212) 698-3512
Fax: (212) 698-3599
steven.engel@dechert.com

*Counsel for Intervenor the Police Benevolent Association of the City of New York, Inc.*

# Exhibit A

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: New York City Policing During Summer 2020 Demonstrations <br><br> This filing is related to: <br><br> JARRETT PAYNE, et al. v. MAYOR BILL DE BLASIO, et al., Case No. 1:20-cv-08924-CM; <br><br> PEOPLE OF THE STATE OF NEW YORK v. CITY OF NEW YORK, et al., Case No. 1:21-cv-00322-CM; <br><br> ADAM GRAY, et al. v. CITY OF NEW YORK, et al., Case No. 1:21-cv-06610-CM; <br><br> and <br><br> KAYLA ROLON, et al. v. CITY OF NEW YORK, et al., Case No. 1:21-cv-02548-CM. | Case No. 1:20-cv-08924-CM <br><br> **AMENDED NOTICE OF APPEAL** |

PLEASE TAKE NOTICE that, to alleviate any doubts as to the orders involved in its appeal, the POLICE BENEVOLENT ASSOCIATION OF THE CITY OF NEW YORK, INC. ("PBA") hereby amends its notice of appeal to the United States Court of Appeals for the Second Circuit (ECF 1156), to also include the orders of this Court, entered on April 17, 2024 (ECF 1167), and May 15, 2024 (ECF 1174, 1175, No. 1:21-cv-02548-CM, ECF 97), formally entering the stipulations of dismissal.

1

| | |
|---|---|
| Dated: May 17, 2024<br>New York, NY | **DECHERT LLP**<br><br>*/s/ Steven A. Engel*<br>Steven A. Engel<br>Three Bryant Park<br>1095 Sixth Avenue<br>New York, NY 10036<br>Tel: (212) 698-3512<br>Fax: (212) 698-3599<br>steven.engel@dechert.com<br><br>*Counsel for Intervenor the Police Benevolent Association of the City of New York, Inc.* |
| Frederick W. Vasselman<br>Office of the General Counsel<br>Police Benevolent Association of the<br>City of New York, Inc.<br>125 Broad Street, 11th Floor<br>New York, NY 10004<br>Tel: (212) 298-9144<br>fvasselman@nycpba.org<br><br>Gaurav I. Shah<br>Senior Associate General Counsel<br>Gshah@nycpba.org<br><br>*Of Counsel* | |

2

# Exhibit B

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: New York City Policing During Summer 2020 Demonstrations<br><br>―――――――――――――――――――――――<br><br>This filing is related to:<br><br>JARRETT PAYNE, et al. v. MAYOR BILL DE BLASIO, et al., Case No. 1:20-cv-08924-CM;<br><br>PEOPLE OF THE STATE OF NEW YORK v. CITY OF NEW YORK, et al., Case No. 1:21-cv-00322-CM;<br><br>ADAM GRAY, et al. v. CITY OF NEW YORK, et al., Case No. 1:21-cv-06610-CM;<br><br>and<br><br>KAYLA ROLON, et al. v. CITY OF NEW YORK, et al., Case No. 1:21-cv-02548-CM. | Case No. 1:20-cv-08924-CM<br><br>**NOTICE OF APPEAL** |

PLEASE TAKE NOTICE that the POLICE BENEVOLENT ASSOCIATION OF THE CITY OF NEW YORK, INC. ("PBA") hereby appeals to the United States Court of Appeals for the Second Circuit from the decision and order of this Court, entered on February 7, 2024 (ECF 1147), and amended on February 8, 2024 (ECF 1148), which granted the settling parties' motion to dismiss and denied the PBA's motion to deny approval of the settlement.

1

Dated: March 6, 2024
       New York, NY

Frederick W. Vasselman
Office of the General Counsel
Police Benevolent Association of the
City of New York, Inc.
125 Broad Street, 11th Floor
New York, NY 10004
Tel: (212) 298-9144
fvasselman@nycpba.org

Gaurav I. Shah
Senior Associate General Counsel
Gshah@nycpba.org

*Of Counsel*

**DECHERT LLP**

*/s/ Steven A. Engel*
Steven A. Engel
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Tel: (212) 698-3512
Fax: (212) 698-3599
steven.engel@dechert.com

*Counsel for Intervenor the Police Benevolent Association of the City of New York, Inc.*